IN THE SUPREME COURT OF THE STATE OF DELAWARE

NATHANIEL RAIFORD          §
                          §    No. 153, 2025
    Defendant Below,      §
    Appellant,            §
                          §    Court Below: Superior Court
  v.                      §    of the State of Delaware
                          §
STATE OF DELAWARE          §    Cr. I.D. No. 2401002040 (N)
                          §
    Plaintiff Below,      §
    Appellee.             §

Submitted:   December 10, 2025
Decided:     December 22, 2025

Before **VALIHURA**, **LEGROW**, and **GRIFFITHS**, Justices.

## **O R D E R**

NOW this 22nd day of December 2025, the Court having considered this matter on the briefs and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Order dated March 13, 2025 affirming-in-part and reversing-and-remanding-in-part the judgment of conviction of the Court of Common Pleas;

NOW THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Karen L. Valihura*
Justice